# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

DARRYL JACKSON

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

SUPT. GARY M$^c$CARTHY
OFFICER BABICH #13992
OFFICER ZELIG #5443
OFFICER FREEMAN #19212

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

16-cv-0626
Judge John Robert Blakey
Magistrate Mary M. Rowland
PC5

Case No.
(To be supplied by the Clerk of this Court)

**RECEIVED**

JAN 1 4 2016 *EAG*
1-14-16
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

**CHECK ONE ONLY:**                    <u>**AMENDED COMPLAINT**</u>

_____✓_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

**I.**   **Plaintiff(s):**

A.   Name: DARRYL JACKSON

B.   List all aliases: NONE

C.   Prisoner identification number: B-12359

D.   Place of present confinement: BMRCC.

E.   Address: 251 N. ILL. HWY 37, INA, IL. 62846

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: GARY MᶜCARTHY

Title: SUPERINTENDENT

Place of Employment: CHICAGO POLICE DEPARTMENT

B.   Defendant: BABICH #13992

Title: POLICE OFFICER

Place of Employment: CHICAGO POLICE DEPARTMENT

C.   Defendant: ZELIG #5443

Title: POLICE OFFICER

Place of Employment: CHICAGO POLICE DEPARTMENT

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

A. DEFENDANT : FREEMAN # 192.12

TITLE : POLICE OFFICER

PLACE OF EMPLOYMENT : CHICAGO POLICE DEPARTMENT

ILLINOIS DEPARTMENT OF CORRECTIONS

## Mental Health Services Referral

_____
Facility

Offender's Name: _____     ID#: _____

```
┌─────────────────────────────────────────────────────────────────────────┐
│ Why is the offender being referred to the Office of Mental Health         │
│ Management? (Include a summary of the observed behavior and any other      │
│ information that may be useful in assessing the offender's status.)        │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
└─────────────────────────────────────────────────────────────────────────┘
```

_____          _____     _____
Print Referring Staff Name                Referring Staff Signature        Date

☐  **Check if Referring Individual is Security Staff.**

Distribution: Office of Mental Health Management
Offender Medical File

*Printed on Recycled Paper*

DOC 0387 (Rev. 3/201

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ILLINOIS DEPARTMENT OF CORRECTIONS

## Mental Health Services Referral

_____
Facility

Offender's Name: _____     ID#: _____

```
┌─────────────────────────────────────────────────────────────────────────┐
│ Why is the offender being referred to the Office of Mental Health         │
│ Management? (Include a summary of the observed behavior and any other      │
│ information that may be useful in assessing the offender's status.)        │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
│ _____   │
└─────────────────────────────────────────────────────────────────────────┘
```

_____          _____     _____
Print Referring Staff Name                Referring Staff Signature        Date

☐  Check if Referring Individual is Security Staff.

Distribution: Office of Mental Health Management

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____N/A_____

B. Approximate date of filing lawsuit: _____N/A_____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____N/A_____

D. List all defendants: _____N/A_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____N/A_____

F. Name of judge to whom case was assigned: _____N/A_____

G. Basic claim made: _____N/A_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____N/A_____

I. Approximate date of disposition: _____N/A_____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Reviewed: 8/2013

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4

STATEMENT OF FACTS:

1. ON MARCH 26, 2015, THE PLAINTIFF WAS STANDING IN FRONT OF THE ROW-HOUSES AT 124 N. WALLER SMOKING A CIGARETTE WHEN HE WAS PHYSICALLY ASSAULTED BY THE DEFENDANT(S) OFFICER BABICH #13992, OFFICER ZELIG #5443, AND OFFICER FREEMAN #19212, AND SUBJECTED TO A UNLAWFUL SEARCH AND SEIZURE, AND UNLAWFUL IMPRISONMENT WITHOUT PROBABLE CAUSE TO ARREST. THE PLAINTIFF WAS UNLAWFULLY DETAINED WHILE ALL THREE DEFENDANT(S) SEARCHED THE FRONT OF THE ROW-HOUSES AT 124 N. WALLER, UPON NOT FINDING ANYTHING THE PLAINTIFF WAS TOLD THAT HE WOULD BE LET GO AFTER THEY SEARCH THE GANGWAYS, IF NOTHING WAS FOUND. THE PLAINTIFF WAS THEN TAKEN INTO THE FIRST GANGWAY WALKING WESTBOUND WHILE IT WAS SEARCHED AND NOTHING WAS FOUND, THEN THE PLAINTIFF WAS TAKEN INTO THE SECOND GANGWAY WALKING WESTBOUND WHILE IT WAS ALSO SEARCHED AND TWO BAGS OF HEROIN WAS FOUND. THE PLAINTIFF TOLD ALL THREE DEFENDANT(S) THAT THE DRUGS WAS NOT HIS, BUT THE PLAINTIFF WAS TOLD BY DEFENDANT BABICH #13992, THEY ARE NOW. SEE EXHIBIT # A, B, C

2. ON MARCH 26, 2015, OFFICER BABICH #13992, OFFICER ZELIG #5443, AND OFFICER FREEMAN #19212, PURSUANT TO A CUSTOM OR PRACTICE OF THE CHICAGO POLICE DEPARTMENT (CPD) CONSPIRED TOGETHER TO FALSIFY THE POLICE REPORT TO CONCEAL THE FACT THAT OFFICER BABICH #13992, COULD NOT SEE INSIDE OF BOTH OF THOSE GANGWAYS FROM HIS VANTAGE POINT OF SURVEILLANCE, WHICH WAS 30 TO 40 YARDS NORTH OF BOTH GANGWAYS WHILE FACING SOUTHBOUND, BECAUSE BOTH GANGWAYS WAS FACING WESTBOUND AND ALSO SET IN BETWEEN TWO BUILDINGS THAT WAS BLOCKING HIS VEIW FROM SEEING INSIDE BOTH GANGWAYS, BY PARTAKING IN SPECIFIC COMMUNICATIONS DESIGNED TO DEPRIVE THE PLAINTIFF OF HIS STATE AND FEDERAL CONSTITUTIONAL RIGHTS BY CONCEALING THE TRUE FACTS OF THE INCIDENT IN AN MALICIOUS ATTEMPT TO ESTABLISHED PROBABLE CAUSE TO SPITEFULLY ARREST AND MALICIOUSLY PROSECUTE THE PLAINTIFF. THE PLAINTIFF WAS TAKEN TO THE CHICAGO POLICE STATION, WHERE HE WAS PHOTOGRAPHED, FINGERPRINTED, AND PLACED IN LOCK-UP.

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Visiting List

Offender Name: _____

Facility Name: _____

ID#: _____

Unit/Cell: _____

| Name | Visitor's | | | | | | | Visit Type | | Approve or Deny |
| | Sex | Age | Race | Relationship | Telephone Number | Address (Street, Apt.#, City, & Zip Code) | | In-Person | Video | Official Use |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |
| | | | | | ( ) - | | | ☐ | ☐ | A ☐ D ☐ |

I acknowledge that I was advised of my visiting privileges in accordance with Department Rule 525. I understand that I am limited to 20 adult visitors (10 visitors for extremely high escape risks) and that my requested visitors are subject to approval. I understand that I am responsible for notifying my visitors when they are not approved and that any visitor that is not on the approved visiting list, excluding legal visits, shall not be permitted. I understand that I may only make changes once per month except in emergency situations. A new visiting list is required to be completed at each facility to which I am assigned. I understand that if I fail to complete and sign a visiting list form, I will not be permitted any visitors except in emergency situations. I further understand the Department may subsequently deny an approved visitor in accordance with Department Rule 525, Subpart A.

_____    _____    _____    _____
Offender's Signature    Request Date    Chief Administrative Officer's Signature    Date

☐ (Check only if applicable and sign below)  The offender was provided the opportunity to complete and sign this form, and was advised that no visits will be approved unless the form is signed. He or she refused to sign.

_____    _____    _____
Print Name of Staff    Staff Signature    Date

*Printed on Recycled Paper*    DOC 0004 (Rev. 5/2014)

Distribution: Master File; Facility; Offender

3. ON MARCH 26, 2015, THE DEFENDANT (S) SUPERINTENDENT GARY McCARTHY, OFFICER BABICH #13992, OFFICER ZELIG #5443, AND OFFICER FREEMAN #19212, KNOWING THAT NO CRIME HAD BEEN COMMITTED BY THE PLAINTIFF, KNOWINGLY AND DELIBERATELY PRESSED THE PROSECUTION OF CRIMINAL CHARGES AGAINST THE PLAINTIFF PURSUANT TO A CUSTOM OR PRACTICE OF THE CHICAGO POLICE DEPARTMENT IN RECKLESS DISREGARD OF THE PLAINTIFF'S STATE AND FEDERAL CONSTITUTIONAL RIGHTS.

4. ON MARCH 27, 2015, THE PLAINTIFF WAS TRANSPORTED TO THE GRAND AND CENTRAL COURT HOUSE FOR A BOND HEARING WHERE THE PLAINTIFF'S BOND WAS SET AT $10,000 "D" BOND AND THE PLAINTIFF WAS PLACED IN THE CUSTODY OF THE COOK COUNTY SHERIFF, WHERE THE PLAINTIFF REMAINED IN CUSTODY UNTIL JULY 28, 2015, BECAUSE THE UNLAWFUL ARREST AND MALICIOUS CRIMINAL CHARGE VIOLATED THE PLAINTIFF'S PROBATION.

5. ON APRIL 16, 2015, DEFENDANT OFFICER BABICH #13992, GAVE FALSE TESTIMONY UNDER OTAH, THAT HE OBSERVED THE PLAINTIFF PLACE A SMALL ITEM IN THE REAR OF THE GANGWAY OF THE ROW HOUSES IN RECKLESS DISREGARD OF THE PLAINTIFF'S STATE AND FEDERAL CONSTITUTIONAL RIGHTS DURING THE PLAINTIFF'S PROBABLE CAUSE HEARING IN FURTHERANCE OF HIS MALICIOUS CONSPIRACY WITH DEFENDANT(S) SUPERINTENDENT GARY McCARTHY, OFFICER ZELIG #5443, AND OFFICER FREEMAN #19212, TO SPITEFULLY ARREST AND MALICIOUSLY PROSECUTE THE PLAINTIFF. THE CRIMINAL CHARGES WAS TERMINATED IN FAVOR OF THE PLAINTIFF AFTER A FINDING OF NO PROBABLE CAUSE. SEE EXHIBIT # A, B, C.

6. ON MARCH 26, 2015, THE DEFENDANT (S) SUPERINTENDENT GARY McCARTHY, OFFICER BABICH #13992, OFFICER ZELIG #5443, AND OFFICER FREEMAN #19212, UNCONSTITUTIONAL POLICY OF A CODE OF SILENCE BETWEEN CHICAGO POLICE OFFICERS WHILE TURNING A BLIND-EYE TO THE SPITEFUL ARREST AND MALICIOUS PROSECUTION OF THE PLAINTIFF PURSUANT TO A CUSTOM OR PRACTICE OF THE CHICAGO POLICE DEPARTMENT, VIOLATES THE PLAINTIFF'S STATE AND FEDERAL CONSTITUTIONAL RIGHTS, AND CONSTITUTE A CLAIM OF RESPONDEAT SUPERIOR LIABILITY FOR FAILURE TO TRAIN CHICAGO POLICE OFFICERS.

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Visiting List

Offender Name: _____

Facility Name: _____

ID#: _____

Unit/Cell: _____

| Name | Visitor's | | | | | | Visit Type Choose One of Both In-Person Video | Official Use |
|------|-----------|---|---|---|---|---|---|---|
| | Sex | Age | Race | Relationship | Telephone Number | Address (Street, Apt #, City, & Zip Code) | | Approve or Deny |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |
| | | | | | ( ) - | | ☐ ☐ | A D |

I acknowledge that I was advised of my visiting privileges in accordance with Department Rule 525. I understand that I am limited to 20 adult visitors (10 visitors for extremely high escape risks) and that my requested visitors are subject to approval. I understand that I am responsible for notifying my visitors when they are not approved and that any visitor that is not on the approved visiting list, excluding legal visits, shall not be permitted. I understand that I may only make changes once per month except in emergency situations. A new visiting list is required to be completed at each facility to which I am assigned. I understand that if I fail to complete and sign a visiting list form, I will not be permitted any visitors except in emergency situations. I further understand the Department may subsequently deny an approved visitor in accordance with Department Rule 525, Subpart A.

☐ (Check only if applicable and sign below) The offender was provided the opportunity to complete and sign this form, and was advised that no visits will be approved unless the form is signed. He or she refused to sign.

_____   _____
Offender's Signature   Request Date

_____   _____
Chief Administrative Officer's Signature   Date

_____   _____
Print Name of Staff   Staff Signature   Date

Distribution: Master File; Facility; Offender

*Printed on Recycled Paper*

DOC 0004 (Rev. 5/2014)

ALL THE ABOVE NAMED DEFENDANT(S) ACTIONS IN THIS COMPLAINT CONSTITUTE A CLAIM OF BOTH STATE AND FEDERAL CLAIMS OF ASSAULT AND BATTERY, UNLAWFUL SEARCH AND SEIZURE, FALSE ARREST, FALSE IMPRISONMENT, MALICIOUS PROSECUTION, RESPONDEAT SUPERIOR, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. THEREFORE, THE PLAINTIFF IS SUEING EACH DEFENDANT IN BOTH THEIR PERSONAL AND OFFICIAL CAPACITY.

SEE EXHIBIT #A, B, C

ALL THE ABOVE NAMED DEFENDANT(S) WAS AT ALL TIMES ACTING UNDER THE COLOR OF STATE LAW.

5

**V.    Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I'm Seeking To Be Compensated by THE DEFENDANTS
IN the Amount of, 15.5 million dollars, in Direct,
Punitive, and Compensatory Damages, Attorney's
Fees, and other Cost, following the Conclusion of
this case.

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ____6____ day of ___IAN.___, 20 _16_

_Darryl Jackson_
**(Signature of plaintiff or plaintiffs)**

DARRYL JACKSON
**(Print name)**

B-12359
**(I.D. Number)**

251 N. ILLINOIS HWY 37
INA, IL. 62846
**(Address)**

6                                    Revised 9/2007

EXHIBIT #A

$ 10,000

**15110935401**

CB/DCN: 019085541  IR: 0837255  BRANCH: 01

COURT DATE: 03/27/2015  ROOM: 0100  TIME: 01:00

C001 720-570/402-C

83

**15110935401**

**STATE OF ILLINOIS**

**V.**

**JACKSON, DARRYL**

APR 16 2015

Judge Ann O'Donnell 203    INITIALS

OtC POA

LTACG    161

FNPC DOT

**GO GREEN**
VIEW / PRINT DOCUMENTS
ON PUBLIC ACCESS TERMINALS!

**First Municipal District - Criminal**
**Clerk of the Circuit Court**

**15110935401**

JUDGE: BROWN JAMES R    CODE: 1848

COURT DATE: 04/16/2015  ROOM: 1250  TIME: 09:00

BOND NO: DEPOSIT  $:  10,000  BRANCH: 50

| | |
|---|---|
| 0608 — PROBABLE CAUSE TO DETAIN | 15 |
| 0601 — BAIL AMOUNT SET | 1 |
| 0301 — MOTION STATE — CONTINUANCE | 1 |
| 0913 — DEF DEMAND FOR TRIAL | 0 |

M1-C1A-FP-40000-2015-(ITEM 1.4.3)

EXHIBIT # B

# CRIMINAL DISPOSITION SHEET

| Sheet # 0023 | Defendant Sheet # 0001 OF 0001 | | CLERK USE ONLY. 0023 |
|---|---|---|---|

| CASE NUMBER 15110935401 | DEFENDANT NAME JACKSON, DARRYL | Branch/Room/Location 1250 BRANCH 50 RM 2 115 CHICAGO (15TH) AUSTIN | COURT CALL/TIME 1-0900 AM |
|---|---|---|---|

| | | ATTORNEY | COURT DATE 04-16-2015 |
|---|---|---|---|

| CB/DCN # 019085541 | IR # 0837255 | EM | | | | | BOND AMOUNT |
|---|---|---|---|---|---|---|---|

| | | | BOND # 0000000 | I | C | D | $10,000.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | X | |

CHARGES    * IN CUSTODY 03/27/15*

COURT ORDER ENTERED

C001 720-570/402-C
PCS - POSSESSION - POSS AMT C

LTA - G

FNPC DBT

JUDGE'S No.

RESPONSIBLE FOR CODING AND COMPLETION BY DEPUTY CLERK:    VERIFIED BY:

JUDGE:

ENTERED
APR 16 2015

CODES

EXHIBIT # C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION/MUNICIPAL DEPARTMENT-DISTRICT

| PEOPLE OF THE STATE OF ILLINOIS | | NO: 15110935401 |
| VS | | SID |
| DARRYL    JACKSON | | IR   0837255 |

ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE COOK
COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL.

=============================================================================

ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, IT
IS HEREBY ORDERED:

DEFENDANT TO BE RELEASED THIS CASE ONLY

FNPC

ENTERED

APR 16 2015

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDERS(S) IS/ARE APPLICABLE

ENTERED    APRIL 16, 2015

DEPUTY CLERK
V TENARD

VERIFIED BY

JUDGE    O'DONNELL, ANN    2005

BRANCH 50    RM 2
ROOM/BRANCH

AT 0900 AM

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

GRP2 04/16/15 11:04:46    COURT FILE    CCCR N707